**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JAMES McCARDLE,
    Petitioner,

vs.                                          Case No. 3:08cv37/MCR/EMT

SCOTT FISHER, WARDEN,
    Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 30, 2008 (Doc. 10). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED** for lack of jurisdiction.

      **DONE AND ORDERED** this 30th day of July, 2008.

                                                s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                             UNITED STATES DISTRICT JUDGE**